USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:______
DATE FILED:_ 10/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**PAUL G. WERSANT,**

**Plaintiff,**

**-against-**

**MARK A. CAREY, et al.,**

**Defendants.**

---------------------------------------------------------------X

**26-CV-08134 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed a Complaint and requested issuance of summonses on September 21, 2026. ECF Nos. 5, 7–12, 18. On September 30, 2026, Defendant Mark A. Carey filed a letter requesting a 30-day extension from the time to answer or otherwise respond to the Complaint. ECF No. 20. The same day, the Honorable Dale E. Ho referred this case to my docket for general pretrial supervision.

Because no affidavit of service has been filed, the Court cannot calculate the time to respond. However, Defendant is GRANTED 51 days from the date of service to answer or otherwise respond to the Complaint. The Court *sua sponte* GRANTS Defendants The Law Offices of Mark A. Carey, P.C.; Debra Donovan; Michelle Camarata; Richard Camarata; and Kim Ferrandino a similar extension to respond.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 2, 2026
New York, New York