UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul G. Wersant,<br>Plaintiff,<br>v.<br>Mark A. Carey et al.,<br>Defendants. | 26-CV-8134 (DEH)<br>ORDER |

DALE E. HO, United States District Judge:

Plaintiff Paul G. Wersant has filed a Motion for an Emergency Temporary Restraining Order (the "TRO Motion") against Defendant Mark A. Carey. *See* ECF No. 30. Defendant is directed to file a response to the TRO motion no later than **October 9, 2026**.

SO ORDERED.

Dated: October 5, 2026
New York, New York

DALE E. HO
United States District Judge