USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PAUL G. WERSANT,

Plaintiff,

-against-

MARK A. CAREY, et al.,

Defendants.

----------------------------------------------------------------X

26-CV-08134 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Defendant Mark A. Carey, proceeding *pro se*, filed a letter regarding his anticipated motion for admission *pro hac vice*. ECF No. 44. In that letter, Carey requested leave to file confidential components of his application under seal. Id. Plaintiff, also proceeding *pro se*, opposes Defendant's request. ECF Nos. 43 & 45.

Defendant's request is GRANTED. Carey may file the confidential disciplinary information described in his letter under seal for *in camera* review.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 23, 2026
New York, New York